UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Sherrill,

       Petitioner,

v.                                                                     Civil No. 06-2196 (JNE/AJB)
                                                                   ORDER

James Cross,

       Respondent.

This case is before the Court on a Report and Recommendation issued by the Honorable Arthur J. Boylan, United States Magistrate Judge, on May 8, 2007. The magistrate judge recommended that Petitioner's petition for a writ of habeas corpus be dismissed. Petitioner objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Docket No. 1] is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 30, 2007

                                                       s/ Joan N. Ericksen
                                                     JOAN N. ERICKSEN
                                                     United States District Judge